IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JONATHAN DAKOTA JUSTICE**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 2:24-CV-2062**

**CORRECTIONAL OFFICER EMILY HANUSKA**
**(Johnson County Detention Center);**
**CORRECTIONAL OFFICER ELIZABETH WOOLSEY (JCDC);**
**LIEUTENANT SAMANTHA SMITH (JCDC); and**
**JAIL ADMINISTRATOR JERMEY BENNETT (JCDC)**                                        **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 9th day of February, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE